IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADLER MEDICAL, LLC; WALT ARNOLD
COMMERCIAL BROKERAGE, INC.; XUAN
NATION, LLC, AND NM CCIM CHAPTER
OF THE COMMERCIAL INVESTMENT REAL
ESTATE INSTITUTE

          Plaintiffs,

vs.                                                   Case No. 1:22-cv-00072-KG-LF

BLAINE HARRINGTON, III

          Defendant/Counter-Plaintiff

vs.

ADLER MEDICAL, LLC; WALT ARNOLD
COMMERCIAL BROKERAGE, INC.; XUAN
NATION, LLC; AND NM CCIM CHAPTER
OF THE COMMERICAL INVESTMENT REAL
ESTATE INSTITUTE,

          Counter-Defendants

## **ORDER GRANTING MOTION TO COMPEL**

THIS MATTER came before the Court on defendant/counter plaintiff Blaine Harrington, III's Motion to Compel Plaintiffs to Respond to Second Request for Production, filed June 21, 2022. Doc. 50. Plaintiffs filed their response on June 22, 2022 (Doc. 51), and Mr. Harrington filed a reply on July 5, 2022 (Doc. 53). The Court held a hearing on the motion on August 25, 2022. Doc. 65. Having read the parties' briefing and heard the argument of counsel, the Court finds that for the reasons stated at the hearing, the motion is well-taken and will GRANT it.

IT IS THEREFORE ORDRED that:

1) Defendant/counter plaintiff Blaine Harrington, III's Motion to Compel Plaintiffs to Respond to Second Request for Production, filed June 21, 2022 (Doc. 50) is GRANTED.

2) Plaintiffs will produce documents responsive to defendant Harrington's Second Request for Production, request for production no. 1, that currently are in existence no later than September 9, 2022.

3) The Court scheduling order (Doc. 28) is modified as follows: All supplementation pursuant to Federal Rule of Civil Procedure 26(e) must be made within 21 days of the party learning that in some material respect any previous disclosure or response is incomplete or incorrect.

_____
Laura Fashing
United States Magistrate Judge