IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Laura Fashing,
United States Magistrate Judge

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *Adler Medical, LLC et al v. Harrington* | **DATE**: | Monday, September 19, 2022 |
| **CASE No**: | 1:22-cv-00072-KG-LF | **COURTROOM CLERK**: | CDA |
| **PROCEEDINGS COMMENCED**: | 10:00 a.m. | **COURT IN RECESS**: | 10:25 a.m. |

**TYPE OF PROCEEDING**: *Discovery Conference*

| **ATTORNEY(S) PRESENT FOR PLAINTIFF(S)**: | **ATTORNEY(S) PRESENT FOR DEFENDANT(S)**: |
|---|---|
| Jeffrey Squires for NM CCIM | For Blane Harrington: Daniel DeSouza |
| | For CCIM Institute: Randy Taylor (dismissed party) |

**The following issues were discussed**:

I. The Court addresses the plaintiff NM CCIM's discovery request for the settlement agreement between Mr. Harrington and CCIM. The Court heard arguments from all counsel.

II. The Court finds that Mr. Squires is entitled to review the settlement agreement. The Court will order that the settlement agreement be produced with the settlement amount redacted. Mr. Squires would agree to production for "attorney's eyes only" unless he finds that the terms of the settlement agreement are relevant to his client's claims or defenses.

III. The Court is inclined to order production of the settlement agreement with the settlement amount redacted subject to the confidentiality agreement already in place and with the additional restriction that it is for "attorney's eyes only." The Court will enter an order on Monday, September 26, 2022 (for production by Tuesday, September 27, 2022), unless Mr. Taylor files a motion for protective order by Friday, September 23, 2022. Mr. Squires understands that he cannot disclose the terms of the settlement agreement to his client unless he gets a further order from the Court or the agreement of the interested parties.