IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADLER MEDICAL, LLC; et, al.

        Plaintiffs,

vs.                                   Case No. 1-22-cv-00072-KG-LF

BLAINE HARRINGTON, III

        Defendant/Counterclaim Plaintiff
        Third Party Plaintiff

vs.

ADLER MEDICAL, LLC, et al.

        Counterclaim Defendants

**ORDER GRANTING
PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANTS/COUNTERCLAIM
PLAINTIFF'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF
OREN BRACHA**

This Court, having considered Plaintiffs' Consent Motion for an Extension of Time to Respond to Defendant's Motion to Exclude the Expert Report and Testimony of Plaintiffs' Expert Oren Bracha, and finding good cause for granting the requested extension, hereby

ORDERS that Plaintiffs' motion shall be and is hereby granted; and further

ORDERS that Plaintiffs' response to Defendant's motion shall be due on or before December 29, 2022.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE