IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ADLER MEDICAL, LLC; et, al.  )<br>  )<br>  Plaintiffs/Counterclaim Defendants,  )<br>  )<br>vs.  )<br>  )<br>MAUREEN HARRINGTON, substitute for  )<br>  BLAINE HARRINGTON, III  )<br>  )<br>  Defendant/Counterclaim Plaintiff  )<br>  ) | Case No. 1-22-cv-00072-KG-LF |

**NOTICE OF NON-OBJECTION TO COUNSEL'S WITHDRAWAL**

Undersigned counsel for Adler Medical, LLC, acting pursuant to the Court's May 19, 2023 Order [Doc. 101], is authorized to give notice to the Court that counsel for Defendant Maureen Harrington does not object to undersigned counsel's withdrawal as attorney for Adler Medical, LLC in this matter.

Respectfully submitted,

By: /s/ Jeffrey L. Squires
SQUIRES LEGAL COUNSEL, LLC
P.O. Box 92845
Albuquerque, NM  87199
Tel:  505-835-5500
Email:  jsquires@squireslegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ADLER MEDICAL, LLC; et, al.       ) <br> ) <br> Plaintiffs/Counterclaim Defendants,  ) <br> ) <br> vs.                              ) <br> ) <br> MAUREEN HARRINGTON, substitute for  ) <br>    BLAINE HARRINGTON, III          ) <br> ) <br> Defendant/Counterclaim Plaintiff   ) <br> ) | Case No. 1-22-cv-00072-KG-LF |

**CERTIFICATE OF SERVICE FOR
NOTICE OF NON-OBJECTION TO COUNSEL'S WITHDRAWAL**

I hereby certify that on this ___ day of May, 2023 a true and correct copy of this Notice of Non-Objection to Counsel's Withdrawal in the above-captioned matter was filed and served via the Court's CM/ECF system, along with this Certificate, to the following party and counsel of record:

Daniel DeSouza
COPYCAT LEGAL, PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL  33065
Telephone:  (877) 437-6228
Email:  dan@copycatlegal.com
*Attorneys for Defendant Maureen Harrington*

and was served by email to:

Ethan Adler
ADLER MEDICAL, LLC
4121 Montgomery Blvd. NE
Albuquerque, NM  87109
Telephone:  505-506-4445
Email:  adlere@me.com

*/s/ Jeffrey L. Squires*

2