IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADLER MEDICAL, LLC, et al.

        Plaintiffs/Counterclaim Defendants,

v.                                       Case No. 1-22-cv-00072-KG-LF

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON, III

        Defendant/Counterclaim Plaintiff

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF THE CLAIMS BETWEEN ADLER MEDICAL, LLC, AND MAUREEN HARRINGTON, AS SUBSTITUTED PARTY FOR <u>BLAINE HARRINGTON, III</u>**

THIS MATTER having come before the Court on the *Joint Motion to Dismiss Claims Between Adler Medical, LLC, and Maureen Harrington as Substituted Party For Blaine Harrington, III, With Prejudice* [Doc. 107], jointly submitted by Plaintiff/Counterclaim Defendant Adler Medical, LLC, and Defendant/Counterclaim Plaintiff Maureen Harrington, as substitute for Blaine Harrington, III, and the Court, having reviewed the Motion and otherwise being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims brought or which could have been brought by and between Plaintiff/Counterclaim Defendant Adler Medical, LLC, and Defendant/Counterclaim Plaintiff Maureen Harrington, as substitute for Blaine Harrington, III, together with all claims are hereby dismissed with prejudice. The parties shall bear their own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

2

Respectfully Submitted,

YLAW, P.C.

*/s/ Veronica N. Lewis*
Veronica N. Lewis
4908 Alameda Blvd. NE
Albuquerque NM 87113
(505) 266-3995
vlewis@ylawfirm.com
**Counsel for Plaintiff/Counterclaim Defendant**
**Adler Medical, LLC**

and

DeSouza Law, PA

*/s/ Approved via email on 06/15/2023*
Daniel DeSouza
CopyCat Legal
3111 N. University Drive, Ste 301
Coral Springs, FL 33065
(954) 603-1340
dan@copycatlegal.com
**Counsel for Defendant/Counterclaim Plaintiff**