IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADLER MEDICAL, LLC, WALT ARNOLD
COMMERCIAL BROKERAGE, INC., XUAN
NATION, LLC, and NM CCIM CHAPTER
OF THE COMMERCIAL INVESTMENT
REAL ESTATE INSTITUTE,

Plaintiffs,

v.   1:22-cv-00072-KG-LF

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,
Defendant.

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,

Counter-Plaintiff,

v.

WALT ARNOLD COMMERCIAL
BROKERAGE, INC., XUAN NATION, LLC,
and NM CCIM CHAPTER OF THE
COMMERCIAL INVESTMENT REAL
ESTATE INSTITUTE,
Counter-Defendants.

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,

Third-Party Plaintiff,

v.

ENCHANTMENT MARKETING, LLC,
Third-Party Defendant.

## **ORDER**

THIS MATTER came before the Court on a discovery hearing requested by the parties.

*See* Doc. 120. Having discussed the discovery deadline with the parties, the Court will grant an extension of the discovery deadline to conduct discovery limited to Enchantment Marketing, LLC.

IT IS THEREFORE ORDERED that the scheduling order deadlines are extended as follows:

| | | |
|---|---|---|
| a) | Termination date for discovery relating to Enchantment Marketing, LLC: | November 13, 2023 |
| b) | Motions relating to discovery to be filed by:[1] | December 4, 2023 |
| c) | Pretrial motions other than discovery motions[2] (including motions which may require a *Daubert* hearing)[3] filed by: | December 14, 2023 |

Judge Gonzalez will set the proposed pretrial order deadlines at a later date.

Any extension of the case management deadlines must be approved by the Court. Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery deadline.

Laura Fashing
United States Magistrate Judge

---

[1] The Court will permit the parties to extend the 21-day time limit for filing a motion to compel pursuant to Local Rule 26.6 by written stipulation filed with the Court, as long as the extension does not impact the court-ordered discovery motions deadline.

[2] This deadline applies to all dispositive motions regarding all parties in this case, not just the newly added party.

[3] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a deadline for filing motions in limine in a separate order.