IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADLER MEDICAL, LLC, WALT ARNOLD
COMMERCIAL BROKERAGE, INC., XUAN
NATION, LLC, and NM CCIM CHAPTER
OF THE COMMERCIAL INVESTMENT
REAL ESTATE INSTITUTE,

    Plaintiffs,

v.                                                                                                                    1:22-cv-00072-KG-LF

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,
Defendant.

and

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,

    Counter-Plaintiff,

v.

WALT ARNOLD COMMERCIAL
BROKERAGE, INC., XUAN NATION, LLC,
and NM CCIM CHAPTER OF THE
COMMERCIAL INVESTMENT REAL
ESTATE INSTITUTE,

    Counter-Defendants.

and

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,

    Third-Party Plaintiff,

v.

ENCHANTMENT MARKETING, LLC,

    Third-Party Defendant.

**ORDER ON DISCOVERY MOTION**

THIS MATTER comes before the Court on Maureen Harrington's motion to compel complete responses from Enchantment Marketing, LLC ("Enchantment"), raised at the discovery hearing conducted on November 20, 2023, in the related case *Harrington v. Hermosillo & Nunez of New Mexico*, 1:22-cv-00451-KG-LF (Doc. 42). At the hearing, Ms. Harrington moved to compel Enchantment to produce documents in response to Request for Production ("RFP") No. 1. *See* Third-Party Defendant Enchantment Marketing, LLC's Reponses to Maureen Harrington's First Request for Production, attached as Exhibit 1. In response to RFP No. 1, Enchantment responded, "[s]ee General Objections 2 and 3, incorporated herein by reference." *Id*. at 3.

Having heard the arguments of counsel and being fully advised, and for the reasons stated at the hearing, the Court overrules Enchantment's general objection Nos. 2, and 3, and GRANTS the motion.

IT IS THEREFORE ORDERED that Enchantment will respond to RFP No. 1 no later than December 4, 2023.

_____
Laura Fashing
United States Magistrate Judge