IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ADLER MEDICAL, LLC; et, al. )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>MAUREEN HARRINGTON )<br>)<br>Defendant/Counterclaim Plaintiff )<br>Third Party Plaintiff )<br>vs. )<br>)<br>ADLER MEDICAL, LLC, et al. )<br>)<br>Counterclaim Defendants )<br>and )<br>)<br>ENCHANTMENT MARKETING, LLC, )<br>)<br>Third Party Defendant. ) | Case No. 1-22-cv-00072-KG-LF |

**ORDER APPROVING STIPULATION**

This Court, having considered the Stipulation made concerning Third-Party Defendant Enchantment Marketing, LLC's withdrawal of its second, third, fourth and fifth affirmative defenses, for unclean hands, willful misconduct, implied license and waiver and estoppel, respectively, to Third-Party Plaintiff's claim for copyright infringement, and finding good cause for approval of the stipulation, hereby

ORDERS that Third-Party Defendant's second, third, fourth and fifth affirmative defenses for unclean hands, willful misconduct, implied license and waiver and estoppel, respectively, be and are withdrawn.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE