IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ADLER MEDICAL, LLC; et, al. | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 1-22-cv-00072-KG-LF |
| | ) |
| MAUREEN HARRINGTON | ) |
| | ) |
| Defendant/Counterclaim Plaintiff | ) |
| Third Party Plaintiff | ) |
| vs. | ) |
| | ) |
| ADLER MEDICAL, LLC, et al. | ) |
| | ) |
| Counterclaim Defendants | ) |
| and | ) |
| | ) |
| ENCHANTMENT MARKETING, LLC, | ) |
| | ) |
| Third Party Defendant. | ) |

**ORDER APPROVING STIPULATION**

This Court, having considered the Parties' Stipulation made pursuant to Rule 41(a)(1)(A)(ii) F.R.C.P. to Plaintiffs' dismissal of their complaint in this matter for declaratory judgment, violation of the New Mexico Unfair Practices Act and *prima facie* tort; and to the withdrawal of their second, third, fourth and fifth affirmative defenses for unclean hands, willful misconduct, implied license and waiver and estoppel, respectively, and finding good cause for approval of the stipulation, hereby

ORDERS that Plaintiffs' Complaint be and hereby is dismissed with prejudice; and further

ORDERS that Plaintiffs'/Counterclaim Defendants' second, third, fourth and fifth affirmative defenses for unclean hands, willful misconduct, implicit license and waiver and estoppel, respectively, be and are withdrawn.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE