IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No. 1:22-cv-00072-KG-LF

ADLER MEDICAL, LLC, WALT ARNOLD
COMMERCIAL BROKERAGE, INC., XUAN
NATION, LLC, and NM CCIM CHAPTER
OF THE COMMERCIAL INVESTMENT
REAL ESTATE INSTITUTE,

    Plaintiffs,

v.

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,

    Defendant.

---

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,

    Counter-Plaintiff,

v.

WALT ARNOLD COMMERCIAL
BROKERAGE, INC., XUAN NATION, LLC,
and NM CCIM CHAPTER OF THE
COMMERCIAL INVESTMENT REAL
ESTATE INSTITUTE,

    Counter-Defendants.

---

MAUREEN HARRINGTON, substitute for
BLAINE HARRINGTON III,
Counter-Plaintiff,

v.

ENCHANTMENT MARKETING, LLC,

    Third-Party Defendant.

## ORDER GRANTING JOINT MOTION TO STAY CASE
## PENDING OUTCOME OF BLUE SKY SUMMARY JUDGMENT MOTION

**THIS CAUSE** came before the Court upon the Joint Motion to Stay Case Pending Outcome of Blue Sky's *Motion for Partial Summary Judgment*, Doc. 60, filed August 12, 2024, in case No. 22cv534 KG/LF. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.**

2. This case is stayed until further direction from the Court.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE